IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

V.D.,

    Plaintiff,

v.                                                                                          No. 20-cv-00549 SMV-GBW

PATRICK HOWARD, JED HENDEE,
DAVID CARILLO, JIM BROOKOVER,
JESSICA GUTE, and
LAS CRUCES PUBLIC SCHOOLS,

    Defendants.

## ORDER GRANTING INTERVENTION

THIS MATTER having come before the Court on Teachers Insurance Company's Motion to Intervene and Complaint in Intervention for Declaratory Judgment, and there being no opposition from the parties to Teacher Insurance Company's intervention in this action, and the Court being duly advised, FINDS that the Motion to Intervene [Doc. 72] should be granted.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1.   Teachers Insurance Company's Motion to Intervene is GRANTED. Teachers Insurance Company is allowed to intervene in this case and file its Complaint in Intervention for Declaratory Judgment, pursuant to Fed R. Civ. P. 24(a) and (b).

2.   If the declaratory judgment action addressed in the Complaint in Intervention cannot be finally decided on Motions prior to a trial in the original matter, the issues addressed in Teachers Insurance Company's Complaint in Intervention will be bifurcated and a separate scheduling order will be issued.

**IT IS SO ORDERED**.

_____
STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE