**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**V.D.,**

     **Plaintiff,**

**v.**

                                 **No. 2:20-cv-00549-SMV-GBW**

**PATRICK HOWARD,**
**LAS CRUCES PUBLIC SCHOOLS,**
**GREGORY A. EWING,**
**JED HENDEE,**
**DAVID CARRILLO,**
**DANA CRITCHLOW,**
**JIM BROOKOVER, and,**
**JESSICA GUTE,**

     **Defendant**s,

**and**

**TEACHERS INSURANCE COMPANY,**

     **Plaintiff-in-Intervention,**

**v.**

**V.D. and PATRICK HOWARD,**

     **Defendants-in-Intervention.**


**ORDER TO EXTEND DEADLINE FOR RESPONSE TO TEACHERS INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

     **THIS MATTER** comes before the Court on Plaintiff V.D.'s Motion for an Order to Extend Deadline to respond to TIC's Motion for Summary Judgment [Doc 115]. The Court, being fully advised, and the Parties being in full agreement, finds that the motion is well taken and should be GRANTED.

THE DEADLINE for Plaintiff V.D. to respond to TIC's Motion for Summary Judgment is extended to May 5, 2022.

IT IS SO ORDERED.

_____
THE HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE


*Electronically submitted*

/s/ Amanda S. Carmody
Amanda S. Carmody, Esq.
Mollie C. McGraw, Esq.
McGraw & Associates, LLC
165 W. Lucero Avenue
Las Cruces, NM 88005
(575) 523-4321
Mollie@lawfirmnm.com
Amanda@lawfirmnm.com

*Attorney for Plaintiff V.D., C.H., S.O., and T.R.*


**Approved by:**

*Electronically Approved on April 6, 2022*

*/s/Minal P. Unruh*
Minal P. Unruh, Esq.
Stephanie J. Schneider, Esq.
Butt Thornton & Baehr, PC
P.O. Box 3170
Albuquerque, NM 87190-3170
(505) 884-0777
mpunruh@btblaw.com
tleichinger@btblaw.com

*Attorneys for Plaintiff-in-Intervention*
*Teachers Insurance Company*