UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

V.D.,

    Plaintiff,

v.                                                                No. 2:20-cv-00549-SMV-GBW

PATRICK HOWARD; LAS CRUCES PUBLIC
SCHOOLS; GREGORY A. EWING; JED
HENDEE; DAVID CARRILLO; DANA
CRITCHLOW; JIM BROOKOVER; and
JESSICA GUTE,

    Defendants,

and

TEACHERS INSURANCE COMPANY,

    Plaintiff-in-Intervention,

v.

V.D. and PATRICK HOWARD,

    Defendants-in-Intervention.

## ORDER OF DISMISSAL OF
## PLAINTIFF'S COMPLAINT WITH PREJUDICE

THIS MATTER came before the Court upon the Motion of Plaintiff to dismiss her Complaint with prejudice, and the Court, having read said Motion and considered same, and being otherwise fully advised in the premises, finds that said Motion should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that Plaintiff's Complaint be, and the same hereby is, dismissed with prejudice, each party to

pay their own costs and attorney's fees. This Order does not affect Plaintiff-in-Intervention or Defendants-in-Intervention, or their claims or defenses.

                                                HONORABLE STEPHAN M. VIDMAR
                                                U.S. DISTRICT COURT MAGISTRATE JUDGE

APPROVED:

McGRAW LAW & ASSOCIATES

By **Electronically Approved on 09/30/22 /s/ Mollie McGraw**
      Mollie McGraw
      Amanda S. Carmody
      165 W. Lucero Ave.
      Las Cruces, NM 88005
      (575) 523-4321
*Attorneys for Plaintiff*

ATWOOD, MALONE, TURNER & SABIN, P.A.

By **Electronically Submitted on 10/19/22 /s/ Bryan Evans**
      Bryan Evans
      Barbara Evans
      P.O. Drawer 700
      Roswell, NM 88202-0700
      (575) 622-6221
*Attorneys for Defendants Las Cruces Public Schools, Jed Hendee, David Carrillo, Dana Critchlow, Jim Brookover, & Jessica Gute*

STIFF, GARCIA & ASSOCIATES, LLC


By **Electronically Approved on 10/04/22 /s/ John S. Stiff**
    John S. Stiff
    H. Nicole Werkmeister, Of Counsel
    Julia Y. Parsons
    500 Marquette Ave., N.W., Suite 1400
    Albuquerque, NM 87102-5312
    (505) 243-5755


JARMIE & ROGERS, P.C.


By **Electronically Approved on 10/03/22 /s/ Cody R. Rogers**
    Cody R. Rogers
    2540 El Paseo Dr., Suite D
    Las Cruces, NM 88001
    (575) 288-1453

*Attorneys for Defendant Patrick Howard*


BUTT, THORNTON & BAEHR, P.C.


By **Electronically Approved on 10/03/22 /s/ Minal P. Unruh**
    Minal P. Unruh
    Stephanie J. Schneider
    P.O. Box 3170
    Albuquerque, NM 87190-3170
    (505) 884-0777

*Attorneys for Plaintiff-in-Intervention Teachers Insurance Company*