IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**V.D.,**

    **Plaintiff,**

**v.**

                        Cause No.: 2:20-CV-00549 SMV- GBW

**PATRICK HOWARD,**
**LAS CRUCES PUBLIC SCHOOLS,**
**GREGORY A. EWING, and**
**JED HENDEE,**
**DAVID CARRILLO,**
**DANA CRITCHLOW,**
**JIM BROOKOVER, and,**
**JESSICA GUTE,**

    **Defendants.**

**and**

**TEACHERS INSURANCE COMPANY,**

    **Plaintiff-in-Intervention,**

**v.**

**V.D. and PATRICK HOWARD,**

    **Defendants-in-Intervention.**

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court by Teachers Insurance Company's Notice of Voluntary Dismissal of Teachers Insurance Company's Complaint in Intervention for Declaratory Judgment, pursuant to Fed. R. Civ. P. 41 (a)(1), and the Court having reviewed the request and being otherwise fully advised in the premises, FINDS the request is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Teachers Insurance Company's Complaint in Intervention for Declaratory Judgment is hereby dismissed with prejudice. Each of the parties is to bear its own attorneys' fees and costs.

_____
THE HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

**Submitted By:**

BUTT THORNTON & BAEHR, PC

By: _____
    Minal P. Unruh
    Stephanie J. Schneider
    PO Box 3170
    Albuquerque, NM 87190
    Telephone: (505) 884-0777
    mpunruh@btblaw.com
    sjschneider@btblaw.com
    *Counsel for Plaintiff-In-Intervention*
    *Teachers Insurance Company*

**Approved By:**

*Approved via e-mail on 11/16/2022*
Mollie McGraw
Amanda Carmody
MCGRAW & ASSOCIATES, LLC
165 West Lucero Ave.
Las Cruces, New Mexico 88005
Tel: (575) 323-4321
mollie@lawfirmnm.com
amanda@lawfirmnm.com
*Counsel for Plaintiffs*

and

*Approval Via Email 11/16/2022*
Jeep Darnell
Jim Darnell, P.C.
310 N. Mesa St., Ste. 212
El Paso, TX 79901
Tel: (915) 532-2442
jedarnell@jdarnell.com
*Attorney for Patrick Howard*